1056

THE STATE OF WASHINGTON, *Respondent*, v. JOEL HERNANDEZ DURAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-01697-1, William L. Downing, J., entered January 21, 2005. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. JAMEL DWIGHT SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-09240-6, Jeffrey M. Ramsdell, J., entered March 7, 2005. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. CESAR CIENFUEGOS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-06436-4, Gregory P. Canova, J., entered April 28, 2005. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH CLYDE SHOPTAW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-13309-9, William L. Downing, J., entered August 9, 2005. *Affirmed* by unpublished per curiam opinion.